The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSANA OUEDRAOGO,<br><br>    Defendant. | No. CR24-0080-KKE-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE |

This matter comes before the Court upon Defendant Lassana Ouedraogo's unopposed motion to amend the conditions of his release set forth in the Appearance Bond issued by Magistrate Judge Peterson on May 29, 2024 (Dkt. No. 20), by allowing him to travel anywhere within the Continental United States, or as directed by Pretrial Services.

Having considered the materials submitted in support of the motion, as well as the balance of the record, the Court finds good cause to, and hereby does, GRANT this motion.

The Court ORDERS that the terms of Mr. Ouedraogo's conditions of release are modified by amending the first special condition of release as follows:

> Travel is restricted to the ~~Western District of Washington~~ Continental United States, or as directed by Pretrial Services.

ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO AMEND CONDITIONS OF RELEASE
(*Lassana Ouedraogo*; No. CR24-080 KKE) - 1

All the other conditions of Mr. Ouedraogo's release set forth in his appearance bond (Dkt. No. 20) remain in full force and effect.

DONE THIS 13th day of March, 2025.

*Kymberly K. Evanson* (signature)

Kymberly K. Evanson
United States District Judge