The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LASSANA OUEDRAOGO,<br><br>Defendant. | NO. CR24-080-KKE-2<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' unopposed Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Lassana Ouedraogo's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $16,533, representing the proceeds Defendant obtained from his commission of *Bank Fraud*, in violation of 18 U.S.C. § 1344.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate for the following reasons:

1.  The proceeds of *Bank Fraud*, in violation of 18 U.S.C. § 1344, are forfeitable pursuant to 18 U.S.C. § 982(a)(2);

Order of Forfeiture - 1
*United States v. Ouedraogo*, CR24-080-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  2. In his Plea Agreement, Defendant agreed to forfeit this $16,533 sum of
2  money pursuant to 18 U.S.C. § 982(a)(2), as it reflects proceeds Defendant obtained from
3  his commission of *Conspiracy to Commit Wire Fraud*, in violation of 18 U.S.C. § 1344,
4  as charged in Count 2 of the Indictment, to which he pleaded guilty (Dkt. Nos. 1, 82
5  ¶ 13); and

6  3. The forfeiture of this $16,533 sum of money is personal to Defendant;
7  pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-
8  party ancillary process is required before forfeiting it.

10  NOW, THEREFORE, THE COURT ORDERS:
11  1. Pursuant to 18 U.S.C. § 982(a)(2), and his Plea Agreement, Defendant's
12  interest in the above-identified $16,533 sum of money is fully and finally forfeited, in its
13  entirety, to the United States;
14  2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become
15  final as to Defendant at the time he is sentenced; it will be made part of the sentence; and
16  it will be included in the judgment;
17  3. No right, title, or interest in the identified sum of money exists in any party
18  other than the United States;
19  4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $16,533 sum of
20  money, in whole or in part, the United States may move to amend this Order, at any time,
21  to include substitute property having a value not to exceed $16,533; and
22  ///
23  ///

Order of Forfeiture - 2
*United States v. Ouedraogo*, CR24-080-KKE

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

DATED this 24th day of November, 2025.

Kymberly K. Evanson
United States District Judge

Order of Forfeiture - 3
*United States v. Ouedraogo*, CR24-080-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970