UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-0080-KKE-2 |
| Plaintiff(s), | ORDER TO FILE BRIEFS ON RESTITUTION |
| v. | |
| LASSANA OUEDRAOGO, | |
| Defendant(s). | |

The Court set a restitution hearing for February 5, 2026. Dkt. No. 107. The parties are ORDERED to file briefs addressing post-judgment restitution no later than February 3, 2026. The parties' briefs should also address whether a hearing is needed or whether the Court should enter a restitution order based on the written record.

Dated this 28th day of January, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO FILE BRIEFS ON RESTITUTION - 1